In the Matter of the Claim of CHARLES COBURN, Respondent, against LENFIN REALTY CORP. et al., Appellants, and LOCAL 32B BUILDING SERVICE EMPLOYEES UNION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 6, 1953; decided April 16, 1953.

*Alan W. Craig* and *Richards W. Hannah* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum, Wendell P. Brown* and *Harry Pastor* of counsel), for Workmen's Compensation Board, respondent.

*Bernard Katzen, General Attorney* (*George J. Hayes* and *Victor Fiddler* of counsel), for State Insurance Fund and another, respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.